**Order entered November 28, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-01196-CV

---

### WANDA LEE BOWLING, Appellant

### V.

### LESTER JOHN DAHLHEIMER, JR. AND LESTER JOHN DAHLHEIMER, SR.,
### Appellee

---

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-51274-2015**

---

## ORDER

Before the Court is appellant's November 22, 2016 emergency motion to stay pending appeal in which she seeks a stay of enforcement of the divorce decree that is the subject of this appeal. Appellant has also filed an emergency motion to stay pending appeal in the trial court.

The trial court has the authority and continuing jurisdiction to suspend enforcement of a judgment pending appeal. TEX. R. APP. P. 24.3; *see also Thompson v. Coleman*, 01-01-00114-CV, 2002 WL 1340314, at *7 (Tex. App.—Houston [1st Dist.] June 20, 2002, pet. ref'd). Rule 24.4 of the Texas Rules of Appellate Procedure permits this Court to review a trial court's ruling on a motion to suspend enforcement of a judgment but does not provide an independent basis for appellate jurisdiction. TEX. R. APP. P. 24.4; s*ee Transcon. Realty Inv'rs, Inc. v. Orix Capital*

*Markets LLC*, 470 S.W.3d 844, 848 (Tex. App.—Dallas 2015, no pet.). Appellant presents this Court with no such order to review. Rather, her motion to stay enforcement of the judgment remains pending in the trial court. Accordingly, we **DENY** appellant's motion to stay without prejudice to appellant seeking review of an order from the trial court on the motion to stay pending appeal filed by appellant in the trial court.

/s/     ELIZABETH LANG-MIERS
          JUSTICE